DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN KORNBERG, | ) |
| Plaintiff, | ) Case No: 2:12-CV-01961-JCM-PAL |
| v. | ) |
| UNITED STATES OF AMERICA; UNITED STATES OF AMERICA *ex rel.* DEPARTMENT OF VETERANS AFFAIRS, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**(Second Request)**

The Federal Defendant United States of America, by and through Daniel G. Bogden, United States Attorney, and Justin E. Pingel, Assistant United States Attorney for the District of Nevada, respectfully requests an extension of time for the Federal Defendant to answer or otherwise respond to the Complaint (ECF #1) until on or before May 13, 2013. An answer or other response is currently due on or before April 11, 2013.

In support of the instant Motion, the Federal Defendant submits the following:

1. This Motion is brought in order to accommodate counsel for both parties.
2. On November 13, 2012, Plaintiff filed the Complaint (ECF #1).
3. On April 10, 2013, counsel for Plaintiff and the United States discussed and agreed upon an extension of 30 days in order for Plaintiff's counsel to further review the contract claims in the complaint prior to the United States' filing of a Motion to Dismiss said claims.
4. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, Federal Defendant respectfully requests the instant Motion extending time to answer or otherwise respond to the Complaint until on or before May 13, 2013, be granted.

Respectfully submitted this 10th day of April 2013.

DANIEL G. BOGDEN
United States Attorney

/s/Justin Pingel
JUSTIN E. PINGEL
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES OCI KVTCVG JUDGE

DATED: April 12, 2013

2