KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MELVIN KORNBERG, | ) | 2:12-cv-01961-JAD-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

### STATUS REPORT

The Plaintiff, above named, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and Defendants, above named, represented by and through their undersigned counsel, DANIEL G. BOGDEN, United States Attorney and JUSTIN E. PINGEL, Assistant United States Attorney, submit the following status report:

1. The parties have agreed to stipulate to dismiss the Plaintiff's contract based claims which should be filed in the United States Court of Claims. This will then leave the Plaintiff's negligence claim as the sole remaining claim before this Court.

2. After the stipulation to dismiss the contract claims is filed on September 9, 2013, then the Defendant will file its answer or responsive pleading to the Complaint no later than

1

November 8, 2013, and the matter will proceed in the ordinary course according to the local rules and FRCP.

| | |
|---|---|
| /s/Kirk T. Kennedy<br>KIRK T. KENNEDY, ESQ.<br>Nevada Bar No: 5032<br>815 S. Casino Center Blvd.<br>Las Vegas, NV 89101<br>(702) 385-5534<br>Attorney for Plaintiff | /s/Justin E. Pingel<br>DANIEL G. BOGDEN<br>United States Attorney<br>JUSTIN E. PINGEL<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Ste. 5000<br>Las Vegas, NV 89101<br>(702) 388-6336<br>Attorney for Defendants |
| Dated: 9/9/13 | Dated: 9/9/13 |