DANIEL G. BOGDEN
United States Attorney

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MELVIN KORNBERG, | ) | |
| Plaintiffs, | ) | Case No: 2:12-cv-01961-JAD-PAL |
| v. | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**(First Request)**

The United States of America respectfully requests an extension of time until January 22, 2015, for the parties to file dispositive motions.

In support of the instant Motion, the United States submits the following:

1.     This Motion is brought in order to accommodate the undersigned counsel for the Federal Defendants.

2.     The requested extension of time is requested to allow Government counsel additional time that is needed to communicate with the Federal Defendant regarding settlement of this matter

1

without further litigation or Court intervention.  This would also give the parties time to discuss any potential settlement of this case.  Government counsel has been in the process of meeting with his client and obtaining needed input prior to engaging in continued settlement discussions, but those discussions remain ongoing.

3.     The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, the United States respectfully request the instant Motion extending time for the parties to file dispositive motions until January 22, 2015, be granted.

Respectfully submitted this 22nd day of December 2014.

DANIEL G. BOGDEN
United States Attorney

 */s/ Justin E. Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: December 31, 2014

2