DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN KORNBERG, | ) |
| Plaintiffs, | ) Case No: 2:12-cv-01961-JAD-PAL |
| v. | ) |
| UNITED STATES OF AMERICA, *et al.* | ) |
| Defendants. | ) |

### FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME
**(Second Request)**

The United States of America respectfully requests an extension of time of two weeks until February 5, 2015, for the parties to file dispositive motions.

In support of the instant Motion, the United States submits the following:

1.  This Motion is brought in order to accommodate the undersigned counsel for the Federal Defendants.

2.  As stated previously, the extension of time will allow Government counsel additional time to communicate with the Federal Defendant regarding settlement of this matter without further

1

litigation or Court intervention. This would also give the parties additional time to discuss a possible settlement of this case. Government counsel has met with his client and obtained necessary input prior to engaging in settlement discussions. However, the Federal Defendant needs more time to consider and respond to settlement proposals, thus discussions remain ongoing.

3.     If no dispositive motions or extensions of time to continue these settlement discussions are filed, the parties would file a **Joint Pretrial Order by March 6, 2015**.

4.     The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, the United States respectfully requests the instant Motion extending time for the parties to file dispositive motions until February 5, 2015, be granted.

Respectfully submitted this 22nd day of January 2015.

          DANIEL G. BOGDEN
          United States Attorney

          */s/ Justin E. Pingel*
          JUSTIN E. PINGEL
          Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2015

Nunc Pro Tunc: January 22, 2015.

2