DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN KORNBERG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al*. ) <br> ) <br> Defendants. ) <br> ) | Case No: 2:12-cv-01961-JAD-PAL |

**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME**
(Third Request)

The United States of America respectfully requests a brief extension of time until February 13, 2015, for the parties to file dispositive motions.

In support of the instant Motion, the United States submits the following:

1. This Motion is brought in order to accommodate the undersigned counsel for the Federal Defendants.

1

2. Since the close of discovery the parties have been attempting to reach a compromise settlement in this matter. Two previous extensions to the dispositive motions deadline were sought in order to allow the parties to continue to pursue settlement, the second of which has not yet been ruled upon. ECF #35. Unfortunately, for the time being, the parties are unable to reach a settlement agreement, and have determined to move forward with filing dispositive motions with the intent to reconvene discussions as the dispositive motion process transpires.

3. Federal Defendants had been drafting and assembling a dispositive motion while settlement discussions were ongoing but, hoping discussions would be fruitful, had not finalized the briefing. This extension of time is requested to allow Government counsel a very brief amount of additional time to finalize its dispositive motion and obtain a few minor pieces of information from the Federal Defendant that is necessary but had not been obtained in time to adequately finalize and file its Motion.

4. Additionally, Government Counsel received notice yesterday that a shortened due date has been set in another matter, *Garity v. USPS*, Case No. 2:11-cv-01805-RFB-CWH, requiring additional briefing to be submitted to the Court in that matter by 5 pm tomorrow, February 6, 2015. As such, resources with which to accomplish briefing in that matter and the finalization of Federal Defendants' dispositive motion have been very limited.

5. Federal Defendant does not object to any additional time Plaintiff may need to file an Opposition and would welcome a briefing schedule if that would help place structure into the process that has been postponed while the parties attempt settlement.

6. This extension would create a February 13, 2015 due date for dispositive motions. The parties would then file a Joint Pretrial Order, if necessary, thirty (30) days following the Court's Order on the parties' dispositive motions.

7. The instant motion is filed in good faith and not for the purposes of undue delay.

WHEREFORE, for the above reasons, the United States respectfully requests the instant Motion extending time for the parties to file dispositive motions until February 13, 2015, be granted.

Respectfully submitted this 5th day of February 2015.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Justin E. Pingel*
        JUSTIN E. PINGEL
        Assistant United States Attorney

IT IS SO ORDERED.

IT IS FURTHER ORDERED that no further extensions will be allowed.

DATED this 6th day of February, 2015.

        Peggy A. Leen
        United States Magistrate Judge