DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN KORNBERG, | ) |
| Plaintiffs, | ) Case No: 2:12-cv-01961-JAD-PAL |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, *et al*. | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(First Request)**

The United States of America respectfully requests an extension of time until April 23, 2015, to file its reply in support of Motion for Summary Judgment.

In support of the instant Motion, the United States submits the following:

1. This Motion is brought in order to accommodate the undersigned counsel for the Federal Defendants.

1

2. This extension of time is requested to allow Government counsel additional time needed to communicate with his client and provide an adequate reply to Plaintiff's Opposition to Motion for Summary Judgment.

3. Government counsel spoke with Plaintiff's counsel on April 1, 2015, and Plaintiff does not oppose this extension request.

4. The instant motion is filed in good faith and not for the purposes of undue delay.

WHEREFORE, for the above reasons, the United States respectfully requests the instant Motion extending time for the United States to file its reply in support of Motion for Summary Judgment until April 23, 2015, be granted.

Respectfully submitted this 2nd day of April 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Justin E. Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 7, 2015